UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MANUEL CHAVEZ NAVARRO,<br><br>    Defendant. | No.  1:17-cr-001020-JLT-SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AS MOOT<br><br>(Doc. 25) |

On March 29, 2021, Defendant Manuel Chavez Navarro petitioned the Court for compassionate release or a reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 25.) Counsel was appointed and filed a notice of non-supplementation on June 7, 2021. (Doc. 30.) Defendant's motion for release or sentence reduction was based largely on the risks allegedly posed to Defendant by the ongoing coronavirus ("COVID-19") outbreak. (Doc. 25.)

The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear moot cases. *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983); *NAACP., Western Region v. City of Richmond*, 743 F.2d 1346, 1352 (9th Cir. 1984). A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1984). At the time of his motion, Defendant was incarcerated at FCI Victorville. (*Id.*) As of October 29, 2021,

1

however, Defendant was released from custody.  *Find an inmate*, FEDERAL BUREAU OF PRISONS, htttps://www.bop.gov/inmateloc/ (last visited March 16, 2022.)  When a prisoner is released from custody, the motion for compassionate release becomes moot because there is no further relief this Court can provide.  *United States v. Sanchez*, No. 16-CR-2077-BEN, 2021 WL 5999764, at *1 (S.D. Cal. Dec. 17, 2021).  Accordingly, Defendant's motion (Doc. 25) is **DENIED** as moot.

IT IS SO ORDERED.

Dated:   **March 16, 2022**

                                                UNITED STATES DISTRICT JUDGE